No. 234. The People *v.* Ortiz.—Appeal from the District Court of Mayagüez. Decided March 14, 1910. Judgment affirmed. *Mr. Pascasio Fajardo* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 232. The People *v.* Ayguabibas.—Appeal from the District Court of Mayagüez. Decided March 16, 1910. Judgment affirmed. *Messrs. Pascasio Fajardo* and *Víctor P. Martínez* for appellant.

---

No. 527. Capó *v.* Fernández.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided March 28, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Messrs. A. Sarmiento* and *Manuel Ginorio* for petitioner. *Mr. Francisco del Valle, Jr.,* for respondent.

---

No. 528. Adorno *v.* Municipal Council of Arecibo.—Appeal from the District Court of Arecibo. Motion to dismiss the appeal. Decided March 28, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. A. Sulliveres* for petitioner. *Mr. Pedro Amado Rivera* for respondent.

---

No. 233. The People *v.* Blanco et al.—Appeal from the District Court of Mayagüez. Decided March 29, 1910. Judgment affirmed. *Mr. Esteban Ramírez Nadal* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.